Matter of Regal Cinemas, Inc. v Atom Tickets, LLC (2024 NY Slip Op 04930)

Matter of Regal Cinemas, Inc. v Atom Tickets, LLC

2024 NY Slip Op 04930

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Webber, J.P., Moulton, Scarpulla, Rodriguez, Pitt-Burke, JJ. 

Index No. 652782/21 Appeal No. 2725-2726 Case No. 2022-00908, 2022-00909 

[*1]In the Matter of Regal Cinemas, Inc., Petitioner-Appellant,
v
Atom Tickets, LLC, Respondent-Respondent.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Joel M. Cohen, J.), entered on or about January 20, 2022,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 16, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 8, 2024